# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD JOSEPH MILLER, | Case No.: 1:17-cv-00447-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DIRECTING CLERK OF THE COURT TO CLOSE THIS CASE PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |
| MATT JONES, et al., | |
| Defendants. | [ECF No. 9] |

Plaintiff Jarrod Joseph Miller is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(c), Plaintiff consented to the jurisdiction of the United States Magistrate Judge on April 7, 2017. Local Rule 302.

On June 12, 2017, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). Plaintiff also requests the Court to provide him with the address of the United States District Court for district in which R.J. Donovan Correctional Facility is located.

At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice. Duke Energy Trading & Mktg., L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001). The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims. Id.

///

1

1 | Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on June 12, 2017. Plaintiff is advised that the R.J. Donovan Correctional Facility (where Plaintiff is presently housed) is located within the jurisdiction of the United States District Court for the Southern District of California, 333 W. Broadway #420, San Diego, CA 92101.

IT IS SO ORDERED.

Dated: __**June 13, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE